■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL LAGATUTTA, Appellant.— Judgment insofar as it imposes sentence unanimously reversed, on the law, and matter remitted to Supreme Court, Erie County solely for resentencing and otherwise judgment affirmed. Memorandum: The record indicates that at the time of sentencing, the court failed to comply with the mandatory provisions of CPL 380.50 in not affording defendant the right to make a statement personally in his own behalf and in not inquiring of defendant whether he wished to make such a statement. (Appeal from judgment of Erie Supreme Court convicting defendant of attempted grand larceny, first degree.) Present — Witmer, J. P., Moule, Mahoney, Goldman and Del Vecchio, JJ.

■ METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. ROCHESTER AREA COUNCIL OF CHURCHES DEVELOPMENT, INC., et al., Defendants; GERTRUDE CHAPMAN, Appellant.— Order unanimously affirmed without costs upon the opinion at Special Term. (Appeal from order of Monroe Special Term denying motion to vacate default judgment in action to foreclose mortgage.) Present — Moule, J. P., Mahoney, Goldman and Del Vecchio, JJ. [76 Misc 2d 839.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERIC THOMPSON et al., Appellants.— Motion granted to the extent that the indictment be removed from Supreme Court, Wyoming County, to Supreme Court, Erie County. Memorandum: Ample grounds appear for removing the venue of the indictment and action from the County of Wyoming to assure fair and impartial trials as stated in the memorandum decision in *People* v. *Hill* (42 A D 2d 679). For the reasons stated in that decision venue is removed to Supreme Court, Erie County, giving effect to all the terms and conditions set forth therein. Present — Marsh, P. J., Witmer, Mahoney, Goldman and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. ROGER CHAMPEN et al., Appellants.— Motion granted to the extent that the indictment be removed from Supreme Court, Wyoming County, to Supreme Court, Erie County. (See *People* v. *Thompson*, 43 A D 2d 905.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT X. BLYDEN et al., Appellants.— Motion granted to the extent that the indictment be removed from Supreme Court, Wyoming County, to Supreme Court, Erie County. (See *People* v. *Thompson*, 43 A D 2d 905.)